UNITED STATES, Appellee

v.

CYRIL D. SAMUELS, Corporal, U. S. Army, Appellant

4 USCMA 698, 16 CMR 272

No. 4475

Decided September 24, 1954

Nathaniel Alper, Esq., MAJ Edwin Doran, U. S. Army, and 1ST LT Jack J. Albert, U. S. Army, for Appellant.

LT COL William R. Ward, U. S. Army, 1ST LT Donald M. Sukloff, U. S. Army, and 1ST LT Benjamin C. Flannagan, U. S. Army, for Appellee.

**PER CURIAM:**

Upon approval by a board of review of his conviction of the wrongful use of a narcotic drug,[1] the accused petitioned this Court, challenging the sufficiency of the evidence to support the finding.

The defense contests the scientific reliability of the Marquis, Frohde, and Mecke color reaction tests upon which identification of the drug was made. This issue is disposed of by our decision in United States v. Ford, 4 USCMA 611, 16 CMR 185, wherein we recognized both the reliability of such evidence and its sufficiency to support a finding of guilty.

The decision of the board of review is affirmed.

---

[1] Article 134, 50 USC § 728.